AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| VIETNAM REFORM PARTY (a/k/a Viet Nam Canh Tan Cach Mag Dang or Viet Tan), an unincorporated association<br><br>*Plaintiff(s)*<br>v.<br>VIET TAN - VIETNAM REFORM PARTY, a California non-proft corporation; NGUYEN THANH TU, an individual; MICHELLE DUONG, an individual; and DOES 1 through 50 inclusive,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VIET TAN - VIETNAM REFORM PARTY, a California non-profit corporation
c/o Agent for Service of Process
850 33rd Ave., Oakland, CA 94601
NGUYEN THANH TU
3310 N Braeswood Blvd., Houston, TX 77025
MICHELLE DUONG
850 33rd Ave., Oakland, CA 94601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Radoslovich | Parker | Turner, PC
Frank Radoslovich, SBN 161457
Jeffrey Einsohn, SBN 260150
701 University Ave., Ste 100
Sacramento, CA 95825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/20/2017

*Signature of Clerk or Deputy Clerk*