Frank M. Radoslovich, SBN 161457
Email: frank@radshap.com
Omid Shabani, SBN 267447
Email: omid@radshap.com
**RADOSLOVICH | SHAPIRO, PC**
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorneys for Plaintiff
Vietnam Reform Party
(a/k/a/ Việt Nam Canh Tân
Cách Mạng Đảng or Viet Tan),
an unincorporated association

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM REFORM PARTY (a/k/a/ Việt Nam Canh Tân Cách Mạng Đảng or Viet Tan), an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>VIET TAN - VIETNAM REFORM PARTY, a California nonprofit corporation; NGUYÊN THANH TU, an individual; MICHELLE DUONG, an individual; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 4:17-CV-00291-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date of Hearing: January 04, 2018<br>Time of Hearing: 2:00 p.m.<br>Courtroom: 2 (4th Floor) |

Having considered the Joint Stipulation of Plaintiff VIETNAM REFORM PARTY ("Plaintiff") and defendant Nguyen Thanh Tu, setting briefing schedule for Plaintiff's Motion for Preliminary Injunction, the Court hereby orders as follows:

**IT IS HEREBY ORDERED THAT**

(1) Defendant Nguyen Thanh Tu's Opposition to Plaintiff's Motion for Preliminary Injunction shall be due by 12/15/2017.

(2) Plaintiff's Reply brief shall be due by 12/28/2017.

**IT IS SO ORDERED** this 8th day of December, 2017

_Haywood S. Gilliam, Jr._
United States District Court Judge