Frank M. Radoslovich, SBN 161457
Email: frank@radshap.com
Omid Shabani, SBN 267447
Email: omid@radshap.com
**RADOSLOVICH | SHAPIRO, PC**
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Joshua D. Cohen (Bar no. 184067)
Email: jcohen@wendel.com
Katherine Kao (Bar No. 267475)
Email: kkao@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Tel: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Plaintiff
Vietnam Reform Party
(a/k/a/ Việt Nam Canh Tân
Cách Mạng Đảng or Viet Tan),
an unincorporated association

Attorneys for Defendant Nguyen Thanh Tu

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIETNAM REFORM PARTY (a/k/a/ Việt Nam Canh Tân Cách Mạng Đảng or Viet Tan), an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> VIET TAN - VIETNAM REFORM PARTY, a California nonprofit corporation; NGUYỄN THANH TU, an individual; MICHELLE DUONG, an individual; and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No. 4:17-CV-00291-HSG <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT NGUYEN THANH TU ONLY.** <br><br> Hon. Haywood S. Gilliam, Jr. <br> Courtroom No.: 2—4th Floor |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL:

Plaintiff, Vietnam Reform Party (hereinafter "Viet Tan") and defendant Nguyen Thanh Tu (hereinafter "Nguyen Tu"), acting though counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement entered into by them, to the Dismissal With Prejudice of this action against defendant Nguyen Tu, only.

DATED: December 26, 2018  RADOSLOVICH | SHAPIRO, PC

/s/ Omid Shabani
FRANK M. RADOSLOVICH
OMID SHABANI
Attorneys for Plaintiff


DATED: December 26, 2018  Wendel, Rosen, Black & Dean LLP


*/s/ Joshua D. Cohen*
Joshua D. Cohen
Attorneys for defendant Nguyen Thanh Tu

# ORDER

The stipulation is approved. The action is hereby dismissed with prejudice, as to defendant Nguyen Thanh Tu only.

DATED: 12/27/2018



JUDGE HAYWOOD S. GILLIAM, JR.