# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIETNAM REFORM PARTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIET TAN - VIETNAM REFORM PARTY, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00291-HSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this action on January 20, 2017. Dkt. No. 1. On August 26, 2019, the Court granted in part and denied in part Plaintiff's motion for default judgment. Dkt. No. 90. In its order, the Court set a case management conference for September 3, 2019 "to discuss a plan for the prompt resolution of this matter in its entirety." *Id*. at 21. Plaintiff failed to appear at the September 3, 2019 case management conference.

Federal Rule of Civil Procedure 41(b) provides that where a "plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Court may also sua sponte dismiss a case for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Accordingly, Plaintiff is ordered **TO SHOW CAUSE** why the remaining claims in this case should not be dismissed for failure to prosecute. Plaintiff must file a statement of no more than two pages by September 6, 2019.

**IT IS SO ORDERED.**

Dated: 9/4/2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge